IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                            Cr. No. 19-0499 KG

ANNETTE CHRISTINA CHAVEZ,

     Defendant.

## MEMORANDUM OPINION AND ORDER

Defendant Annette Chavez filed a *pro se* Motion for Compassionate Release and to Reduce Sentence Under 18 U.S.C. § 3582 on November 12, 2021. (Doc. 61). The Federal Public Defender filed a Motion for Additional Time for Screening on November 20, 2021, which the Court granted. (Docs. 63, 64). The Federal Public Defender filed a Motion to Appoint Counsel from the CJA Panel on January 13, 2022. (Doc. 65). The Court granted the motion to appoint counsel on January 14, 2022, and appointed attorney Scott Davidson on January 18, 2022. (Docs. 66, 67). Mr. Davidson filed a Motion to Withdraw on May 11, 2022, on the basis that Ms. Chavez was released from the custody of the Bureau of Prisons on January 19, 2022, rendering her Motion for Compassionate Release moot, and he had not been able to contact her. (Doc. 68).

It appears that Ms. Chavez has been released from the custody of the Bureau of Prisons, rendering her Motion (Doc. 61) moot. On that basis, her Motion is denied. As her Motion has been denied as moot, she no longer needs counsel to represent her under the First Step Act. Therefore, Mr. Davidson's Motion to Withdraw (Doc. 68) is granted.

     IT IS SO ORDERED.

                                                            _____
                                               UNITED STATES DISTRICT JUDGE